UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHANIE SCHREINER, M.D., on her own behalf and on behalf of her beneficiary son, A.K.C., ) ) ) ) | |
| Plaintiffs, ) | No. 3:19-cv-00094 |
| ) v. ) ) | |
| UNITED HEALTHCARE INSURANCE COMPANY AND UNITED BEHAVIORAL HEALTH, INC., ) ) ) ) | |
| Defendants. ) | |

### ORDER

Pending before the Court is a Report and Recommendation ("R&R") of the Magistrate Judge (Doc. No. 59) to which no timely objections have been filed. The R&R recommends that the Court grant Defendants' Rule 12(b)(6) Motion to Dismiss and deny the Motion for Attorney's Fees Under 29 U.S.C.1132(g). (Doc. No. 38).

The Court has reviewed the R&R and conducted a de novo review of the record. The R&R is **APPROVED AND ADOPTED**. Accordingly, Defendants' motion to dismiss for failure to state a claim is **GRANTED** and this action is **DISMISSED** and Defendants' motion for attorney's fees is **DENIED**.

This Order is a final judgment.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE